IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN DOES,**     **PLAINTIFFS**
*17-30*

3:24-CV-00012-BRW

**EMMETT A. PRESLEY,** *et al.*     **DEFENDANTS**

## ORDER

This case is closely related to two other cases Plaintiffs filed in the Eastern District of Arkansas.[1] In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to the Honorable D.P. Marshall, Jr.

IT IS SO ORDERED this 2nd day of February, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Does v. Presley, et al*, No. 3:23-cv-00230 DPM (E.D. Ark.), and *Does v. Presley, et al*, No. 3:24-cv-00004 DPM (E.D. Ark.).