# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JOHN DOES 1, 2, 4, 5, 6 & 8; MICHAEL
ROBINSON; and MAURICE COLLINS                           PLAINTIFFS

v.                      No. 3:23-cv-230-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

JOHN DOES 9–12 & 14–16; and
NATHAN HARMON                                            PLAINTIFFS

v.                      No. 3:24-cv-3-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

JOHN DOES 19–30                                          PLAINTIFFS

v.                      No. 3:24-cv-12-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

JOHN DOES 101–107; and
JANE DOES 101–107                                        PLAINTIFFS

v.                      No. 3:24-cv-14-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

JOHN DOES 108–113;
JANE DOE 109; and JAMI WELLS                             PLAINTIFFS

v.                      No. 3:24-cv-13-DPM

EMMETT A. PRESLEY, *et al.*                              DEFENDANTS

## ORDER

1. Motion, *Doc. 121*, noted. Please file a stipulation of dismissal for John Does 25, 27, and 28. Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Second amended consolidated complaint, *Doc. 122*, noted. Two things. First, the Court would appreciate a redlined copy of the changes. If one exists, or can easily be made, please email it to chambers, with a copy to all counsel. Second, the Court sees that the plaintiffs have re-pleaded their federal claims. Why? Clarifying papers due by 7 May 2025.

3. The unopposed motion for more time to answer or respond, *Doc. 123*, is granted for good cause. Defendants' answers or Rule 12(b) motions due by 19 May 2025.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2025